1983 Form

# In the United States District Court
# For the Northern District of Alabama

RECEIVED
2014 MAY 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_James Broadhead_
_Bowman_
_Tyreese Cower_

2:14-CV-367-MEF

**DEMAND FOR JURY TRIAL**

(Enter above the full name(s) of the plaintiff(s) in this action)

v

1. Officer, Correctional, c/o, CENTAURIAD OLDS,
2. Officer, Correctional, c/o, Brian Robinson,
3. Officer, Correctional, c/o, STORLING STEED,
4. Officer, Correctional, c/o, Daryl W Brown,
5. Officer, Correctional nurses, LPN, M, Wilson,
6. Officer, Correctional nurse, LPN, Calhoun,
7. Officer, Correctional, c/o, S, Harrison

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): _____

       Defendant(s) _____

   2.  Court (if Federal Court, name the district; if State Court, name the county)

       _____

   3.  Docket Number _____

   4.  Name of judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____N/A_____

II. Place of present confinement __William E. Donaldson Correctional Facility.__

   A.  Is there a prisoner grievance procedure in this institution?
       Yes (✓)   No ( )

   B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes ( )   No (✓)

   C.  If your answer is YES:

       1.  What steps did you take? Officer, c/o, C. OLDS. and Officer, c/o, B. Robinson Correctional Officers.

       2.  What was the result? Officer, c/o, S. STEED and Officer, c/o, D. Brown, and Officer, LPN, M. Wilson and Officer, LPN, Calhoun.

   D.  If your answer is NO, explain why not? _____

       _____

       _____

       _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A.  Name of plaintiff(s) James M. Broadhead AIS #224802, Segregation 5-12,
       William E. Donaldson Correctional Facility,
       100, Warrior Lane,
       Address   Bessemer,   AL, 35023

## IV. Exhaustion of Legal Remedies.

16. There is no Inmate Grievance procedure in the Alabama Department of Corrections AR #319. Inmate Grievance procedure is not available to inmates Because it is still on review.

17. Plaintiff, re-allege and incorporate by reference to paragraphs 1-16.

18. The unlawful Deadly Physical Force on plaintiff constitute Assault and Battery. Violated plaintiff, James Broadhead. rights and constituted A criminal offense in Alabama under the Statutes Code 1896 344, Sections § 13A-3-23, Section § 13A-12(8) Section § 13A-1-2.(9). of the criminal code of 1975.

19. The broken El-bow and burst head and teeth broken of plaintiff, violated plaintiff James Broadhead rights under the Statutes, Sections § 13A-3-23, 13A-1-2(8) 13A-1-2(9) of the Criminal Code of 1975, and constituted Dueprocess violation unde Color of state law, under the section § 8, 10, 11, 13, 15, of Art I of the constitution of Alabama of 1901. 20.) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein Plaintiff has been and will continue to be irreparably injured by the court of the defendants unless the court grants the prosecutions and the compensatory and punitive damages relief which plaintiff seeks.

## VI. Prayer For Relief.

Wherefore plaintiff respectfully prays that this court enter judgment granting plaintiffs: 21). A declaration that the acts and omissions described herein violated plaintiff's rights under the Statutes under the criminal offense under the title 13A criminal code, of 1975, and the constitution and laws of the State of Alabama 22). Compenseatory delamages in the amount of $2,000,00 against each defendant jointly and severally 23). Punitive damages in the amount of $2,000,00 against each defendant, 24). A jury trial on all issues triable by a jury 25). Granting Appointment of counsel 26). Plaintiff cost in this case 27). Circuit Court Judges authority granted them by law to exercise such other powers as are or may be granted

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B.  Defendant _____

   is employed as _____

   at _____

C.  Additional Defendants _____

_____

_____

_____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

"Statement"

I, James m, Broadhead would like to make a statement on behalf of the Assault that took place on me I was tor us to the ground from ablow to my tes ticle while on the arounds was kick-ed again and again to the tes ticle This type of Assault per For Form ued on me was out of hate Be of my conviction How i know this to be true In the process of being Assault to the tes ticle I could hear a Vaide say and i quote you'll hever be able to rape anot her old lady ung uote uou'll hever be able to rape another This is how i Know

- 3 -

Said ASSAULT was performed out of pure hate.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/12/2014
         (date)

James M. Broadhead #244802.
Segregation 5-12.
William E. Donaldson Correctional Facility
100, Warrior Lane,
Bessemer, AL 35023.

James Broadhead
Signature(s)

- 4 -

James Broadhead # 224802 Segregation S-12,
William E, Donaldson Correctional
100, Warrior Lane,
Bessemer AL, 35023,



BIRMINGHAM AL 350
UNITED STATES POSTAGE
PITNEY BOWES
02 1P      $ 000.20⁰
0000807944   MAY 15 2014
MAILED FROM ZIP CODE 35023

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MIDDLE DISTRICT oF Alabama
oFFICE oF
CLERK, UNITED STATES DISTRICT COURT
P. O, Box 711,

**LEGAL ONLY**

Montgomery, Alabama, 36101-0711,